**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  15-cv-00838-REB-MEH

JIMMY MARTINEZ, and
LISA MARTINEZ,

      Plaintiffs,

v.

LIBERTY MUTUAL INSURANCE COMPANY,

      Defendant.

---

## ORDER FOR SUBSTITUTION

**Blackburn, J.**

      The matter is before me on the **Stipulation for Substitution of Defendant** [#36][1] filed August 31, 2015.  After careful review of the stipulation and the file, I conclude that the stipulation should be approved.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the **Stipulation for Substitution of Defendant** is approved; and

      2.  That Liberty Insurance Corporation is substituted as the defendant in the place of Liberty Mutual Insurance Company, and the caption shall be amended accordingly.

      Dated September 3, 2015, at Denver, Colorado.

                                  **BY THE COURT:**

                                  Robert E. Blackburn
                                  United States District Judge

---

[1]  "[#36]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.