IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00838-REB-MEH

JIMMY MARTINEZ, and
LISA MARTINEZ,

      Plaintiffs,

v.

LIBERTY INSURANCE CORPORATION,

      Defendant.

---

## ORDER RE: IN CAMERA REVIEW
---

**Michael E. Hegarty, United States Magistrate Judge**.

On October 9, 2015, this Court granted in part and denied in part the Plaintiffs' Motion to Quash or Modify Subpoena Duces Tecum Issued by Defendant to Non-Party Matrix Business Consulting, Inc., and ordered Matrix, through the Plaintiffs, to produce to Defendant all documents requested in the subpoena that the Plaintiffs believed were not subject to the attorney-client privilege, and to submit to the Court all "privileged" documents for *in camera* review by October 19, 2015. Docket #40. Plaintiffs complied with the order. Docket #41.

The background of this case and the applicable law were set forth in this Court's October 9, 2015 order, and need not be repeated here. Based on the Court's review of the documents, the Court finds certain documents (or portions of them) are not protected by the attorney-client privilege and must be produced. These documents are identified by the Bates number found in the lower right corner of each document; unless otherwise specified, the Plaintiffs shall produce the entire page of each document: MATRIX000292; MATRIX000429; MATRIX000430; MATRIX000849;

MATRIX000850; MATRIX000854; MATRIX000855; MATRIX000856 (only the email starting at the bottom of the page); MATRIX000857; MATRIX000859 (only the emails starting about halfway down the page); MATRIX000860; MATRIX000875 (only the emails at the top and center of the page); MATRIX000876 (only the contact information for the June 10, 2013 email at the bottom of the page); MATRIX000877 (only the emails at the top and center of the page); MATRIX000878 (only the email in the bottom half of the page); MATRIX000879; MATRIX000947 (only the emails at the top and center of the page); MATRIX000948 (only the email in the bottom half of the page); MATRIX000949; MATRIX000958 (only the email in the center of the page); MATRIX000959 (only the salutation for the June 4, 2013 email at the bottom of the page); MATRIX000960; MATRIX000962 (only the email in the center and bottom of the page); MATRIX000963; MATRIX000981 (only the email in the center and bottom of the page); MATRIX000982; MATRIX002102 (only the email at the top of the page); MATRIX002308 (only the email at the top of the page); MATRIX002312 (only the email at the bottom of the page); MATRIX002313; MATRIX002719 (only the emails at the top and center of the page); MATRIX002758 (only the last line of text on the page); MATRIX002759; MATRIX002760; MATRIX002761 (only the email and partial email message at the bottom of the page); MATRIX002762; MATRIX002764 (only the emails at the center and bottom of the page); MATRIX002765; MATRIX002781; MATRIX002782 (only the email at the bottom of the page); MATRIX002783; MATRIX002784 (only the email at the bottom of the page); MATRIX002785 (only the email at the top of the page); MATRIX002786 (only the email at the center of the page); MATRIX002787 (only the emails at the top and center of the page); MATRIX002788 (only the email and partial email message at the bottom of the page); MATRIX002789 (only the partial email

message at the top and email at the center of the page); MATRIX002790 (only the email at the bottom of the page); MATRIX002791; MATRIX002858 (only the email starting at the center of the page); MATRIX002859; MATRIX002860 (only the email at the bottom of the page); MATRIX002861 (only the email at the bottom of the page); MATRIX002862; MATRIX002864 (only the email starting at the center of the page); MATRIX002865; MATRIX002866 (only the email and partial email message at the bottom of the page); MATRIX002867; MATRIX002871 (only the email starting at the center of the page); MATRIX002872; MATRIX003065 (only the emails at the top and center of the page; MATRIX003066 (only the email at the bottom of the page); MATRIX003067; MATRIX003070 (only the email at the bottom of the page); MATRIX003071; MATRIX003304; MATRIX003344 (only the email and partial email at the bottom of the page); MATRIX003345; MATRIX003391; MATRIX003393 (only the emails at the top and center of the page); MATRIX003395 (only the emails at the top and the email starting at the center of the page); MATRIX003397 (only the emails at the top and center of the page); MATRIX003414 (only the email starting at the bottom of the page); MATRIX003415; MATRIX003525 (only the email at the top of the page).

The Plaintiffs shall produce copies of the documents identified herein to the Defendant on or before October 30, 2015.

Dated at Denver, Colorado, this 23rd day of October, 2015.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge

3