**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  15-cv-00838-REB-MEH

JIMMY MARTINEZ, and
LISA MARTINEZ,

     Plaintiffs,

v.

LIBERTY INSURANCE CORPORATION,

     Defendant.

## ORDER DISMISSING CLAIMS

**Blackburn, J.**

The matter is before me on the **Stipulation for Dismissal of Plaintiffs' First and Third Claims for Relief** [#43][1] filed November 6, 2015.  After careful review of the stipulation and the file, I conclude that the stipulation should be approved and plaintiffs' first and third claims, as alleged in the complaint [#5] filed April 21, 2015, should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation for Dismissal of Plaintiffs' First and Third Claims for Relief** is approved; and

2. That the first and third claims of the plaintiffs alleged in the complaint [#5] filed April 21, 2015, are dismissed with prejudice with the parties to pay their own attorney

---

[1]  "[#43]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

fees and costs associated with the prosecution and defense of the first and third claims for relief.

    Dated November 25, 2015, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*

Robert E. Blackburn
United States District Judge