IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00838-REB-MEH

JIMMY MARTINEZ, and
LISA MARTINEZ,

      Plaintiffs,

v.

LIBERTY INSURANCE CORPORATION,

      Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 7, 2015.**

      For good cause shown, the Joint Motion to Modify Scheduling Order [filed December 4, 2015; docket #45] is **granted in part and denied in part**.[1]  Paragraph 9 of the Scheduling Order shall be modified as follows:

| | |
|---|---|
| Discovery cut-off: | April 29, 2016 |
| Dispositive motions deadline: | May 30, 2016 |
| Deadline to endorse affirmative experts: | February 29, 2016 |
| Deadline to endorse rebuttal experts: | March 29, 2016 |

All other deadlines and conference dates shall remain the same.

---

[1] To accommodate Judge Blackburn's trial conference and trial dates, the Court will not grant an extension of the dispositive motions deadline past May 30, 2016.