IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00838-REB-MEH

JIMMY MARTINEZ, and
LISA MARTINEZ,

      Plaintiffs,

v.

LIBERTY INSURANCE CORPORATION,

      Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 12, 2016.**

      The Joint Motion for Entry of a Stipulated Protective Order [filed January 11, 2016; docket #49], is **denied without prejudice**. The parties are granted leave to re-file a revised proposed protective order containing a mechanism by which the parties may challenge the designation of information as confidential ***that is consistent*** with *Gillard v. Boulder Valley Sch. Dist.*, 196 F.R.D. 382, 388-89 (D. Colo. 2000).

      Should the parties choose to re-file a motion for a revised proposed protective order, the parties shall also provide a copy in useable format (Word, WordPerfect) to Chambers by email at hegarty_chambers@cod.uscourts.gov.