IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00838-REB-MEH

JIMMY MARTINEZ, and
LISA MARTINEZ,

     Plaintiffs,

v.

LIBERTY INSURANCE CORPORATION,

     Defendant.

_____

## MINUTE ORDER
_____

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 8, 2016.**

     For good cause shown, the renewed Joint Motion for Entry of a Stipulated Protective Order [filed February 5, 2016; docket #52] is **granted**. The parties' proposed Stipulated Protective Order is accepted and filed contemporaneously with this minute.