IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00838-REB-MEH

JIMMY MARTINEZ, and
LISA MARTINEZ,

      Plaintiffs,

v.

LIBERTY INSURANCE CORPORATION,

      Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 23, 2016.**

      The second Joint Motion to Modify Scheduling Order [filed February 22, 2016; docket #56] is **denied**. As this Court stated in its December 7, 2015 order, "To accommodate Judge Blackburn's trial conference and trial dates, the Court will not grant an extension of the dispositive motions deadline past May 30, 2016." Order, docket #47. Here, the parties seek to extend the expert deadlines by 60 days and the dispositive motions deadline by 30 days. However, unless the current trial conference and trial dates are modified, the Court will not extend deadlines that interfere with Judge Blackburn's schedule.