IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

Civil Action No:     1:15-cv-00838-REB-MEH          Date:   March 9, 2016
Courtroom Deputy:    Molly Davenport                FTR:    Courtroom A 501

*Parties:*                                          *Counsel:*

JIMMY MARTINEZ, et al                               Kerri Atencio
                                                    Timothy Garvey

    Plaintiff,

v.

LIBERTY INSURANCE CORPORATION                       Lyndsay Arundel

    Defendant.

## COURTROOM MINUTES/MINUTE ORDER
## STATUS CONFERENCE

**Court in session:**   **10:36 a.m.**

The Court calls case. Appearances of counsel.

Discussion was held regarding the production of tax returns and related financial information as well as the discoverability of information pertaining to the defendant's fraud investigation.

**ORDERED:**    [62] MOTION to Compel Production of Plaintiffs' Tax Returns and Related Financial Information by Defendants Liberty Insurance Corporation, Liberty Mutual Insurance Company is DENIED without prejudice with leave granted to refile after the deposition of the plaintiff.

**Court in recess:**   **11:32 a.m.**   (Hearing concluded)
Total time in court:   0:56